519 A.2d 202
**STATE of Maryland**
v.
**Sylvester Felix STACKOWITZ.**
No. 139, Sept. Term, 1986.
Court of Appeals of Maryland.
Jan. 8, 1987.

Submitted to MURPHY, C.J., and ELDRIDGE, COLE, RODOWSKY, COUCH, McAULIFFE and ADKINS, JJ.

### ORDER

PER CURIAM.

The Court having considered and granted the petition for a writ of certiorari in the above captioned case, it is this 8th day of January, 1987

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals be, and it is hereby, reversed and the case remanded to the Court of Special Appeals for reconsideration in light of *State v. Lyles et al.*, 308 Md. 129, 517 A.2d 761 (1986). The appellee to pay costs.